### 8418.  SHELTON *v.* THE STATE.

LUKE, J.  A father who, within this State, wilfully and voluntarily aban-
 dons his child before it is born, and persists in the abandonment after-
 wards, leaving it in a dependant condition, is guilty of a misdemeanor
 under section 116 of the Penal Code of 1910, but a father is not guilty
 under that section unless the child has been born.  Accordingly, no
 offense was set out in an indictment charging the defendant with aban-
 doning his minor child "not yet born;" and the court erred in overrul-
 ing the demurrer thereto.  *Bull* v. *State,* 80 *Ga.* 704 (6 S. E. 178);
 *Boyd* v. *State,* 18 *Ga. App.* 623 (89 S. E. 1091).

   *Judgment reversed.  Wade, C. J., and George, J., concur.*
     DECIDED MARCH 23, 1917.

Indictment for abandonment of child; from Bartow superior court—Judge Tarver. January 10, 1917.

*M. B. Eubanks,* for plaintiff in error.

*J. M. Lang, solicitor-general,* contra.